IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALAMI EL MANSOURI, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-06-0669-F |
| | ) |
| JUSTIN JONES, | ) |
| | ) |
| Respondent. | ) |

## ORDER

This action seeks habeas relief under 28 U.S.C. § 2254. Petitioner appears *pro se*, and his pleadings are liberally construed.

Magistrate Judge Valerie K. Couch entered her Report and Recommendation in this matter on December 7, 2006, recommending that the petition be denied. (Report at doc. no. 28.) The Report and Recommendation also recommended that Petitioner's Motion for Transcripts at Public Expense (doc. no. 20) be denied on its merits, and that Petitioner's Motion to Proceed In Forma Pauperis (doc. no. 21) be denied as moot. Petitioner has filed a timely objection to the Report, objecting generally and specifically to the magistrate judge's recommended findings and conclusions. (Doc. no. 31) Accordingly, the court reviews all issues *de novo*.

After careful study of petitioner's objections, the Report, the record, and the relevant legal authorities, the court finds and concludes that it concurs with the magistrate judge's determinations. The court further finds that no purpose would be served by repeating the magistrate judge's determinations or by presenting any additional analysis here. Accordingly, the December 7, 2006 Report and Recommendation of Magistrate Judge Valerie K. Couch is **ACCEPTED, ADOPTED,** and **AFFIRMED** in its entirety. The Petition for a Writ of Habeas

Corpus is **DENIED**. Petitioner's Motion for Transcripts at Public Expense (doc. no. 20) and Petitioner's Motion for Leave to Proceed In Forma Pauperis (doc. no. 21) are also both **DENIED**.

Dated this 31st day of January, 2007.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-0669p002(pub).wpd